JOSEPH L. TYSK            VS. PROCOLLECT, INC.

LINE  DATE     ACTION

  1  09/11/19  COMPLAINT; MEMO; SUMMONS ID TO PROCELLECT,INC.BY SOS/CM; RECEIPT
  2  09/11/19  PL'S 1ST SET OF INTERR AND REQUEST FOR PRODUCTION OF DOCS AND
  3           THINGS
  4  09/23/19  R/S SOS ACCEPTED SERVICE ON BEHALF OF PROCOLLECT INC ON 9/17/19
  5  10/01/19  RETURNED MAIL FROM USPS AS RETURN TO SENDER UNABLE TO FORWARD;
  6           VERIFIED ADDRESS AND RESENT WITH CORRECTED INFORMATION ID TO
  7           PROCOLLECT ,INC. C/O CT CORPORATION SYSTEM VIA CM;

