# N THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **JOSEPH L. TYSK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:19-CV-294 |
| | ) (JUDGE BAILEY) |
| **PROCOLLECT, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## AGREED DISMISSAL ORDER

Now come the parties and advise the Court that all matters in controversy herein have been amicably adjusted, compromised and settled, and move the Court, by counsel, to dismiss the Complaint against Defendant, with prejudice. The Court, perceiving no objection thereto, hereby grants said motion, and it is, therefore,

ORDERED that the Complaint and cause of action of Plaintiff is hereby dismissed, with prejudice, and this action is hereby stricken from the docket of this Court.

The Clerk is hereby directed to send a copy of this Order to all counsel of record.

ENTER this 8th day of December, 2020.

John Preston Bailey
United States District Judge

Approved and agreed to by:

/s/ Thomas E. McIntire
Thomas E. McIntire, Esq.
WV State Bar No. 2471
Thomas E. McIntire & Associates, L.C.
82 ½ Fourteenth Street
Wheeling, WV 26003
*Counsel for Plaintiff*

1

/s/ Nicholas P. Mooney, II
Nicholas P. Mooney, II, Esq.
WV State Bar No.
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25321
*Counsel for Defendant ProCollect, Inc.*


**THIS DOCUMENT PREPARED BY:**

**Thomas E. McIntire, Esquire (2471)
82 1/2 Fourteenth Street
Wheeling WV 26003
(304) 233-8600**